UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GINA FREEMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | CASE NO. 22-cv-1419<br><br>MINUTE ORDER |

　　　This matter came before the Court on parties' Stipulation For Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 19. The parties filed a notice of settlement and represented that settlement has been effectuated in this matter. *Id*.; Dkt. No. 18. The Court having reviewed the stipulated dismissal hereby:

　　　ORDERS that this action is dismissed with prejudice and without fees or costs to any party. This case is CLOSED.

　　　Dated this 25th day of July 2023.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　*/s/Martin Valencia*
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1